UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GROVER CORNWELL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-2782** |
| **BURL CAIN** | **SECTION "I"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Grover Cornwell, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Therefore,

**IT IS ORDERED** that Grover Cornwell's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state required remedies.

New Orleans, Louisiana, this 16th day of October, 2013.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE