UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GROVER CORNWELL                                           CIVIL ACTION

VERSUS                                                           NO.  12-2782

BURL CAIN                                                        SECTION "I"(4)

### CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____    a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____

_____

_____

\_\_\_\_X\_\_\_\_    a certificate of appealability shall not be issued for the following reason(s):

For the reasons set forth in this Court's October 16, 2013 Order and Reasons, petitioner has failed to make a substantial showing of the denial of a constitutional right.

New Orleans, Louisiana, October 17, 2013.

_____
UNITED STATES DISTRICT JUDGE